UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CR-6-BR1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SKYLAR JEVELLE HOLLEY | ) | |

This matter is before the court on the government's motion to place this case in abeyance. (DE # 33.) On 2 June 2014, in open court, the court allowed defendant's motion to suppress. On 23 June 2014, the court denied the government's motion for an evidentiary hearing or, alternatively, for reconsideration of the 2 June order. On 2 July 2014, the government filed an interlocutory appeal pursuant to 18 U.S.C. § 3731. (DE # 32.) Arraignment is currently set for 7 July 2014. Based on the government's appeal, the motion to place this case in abeyance is GRANTED. Arraignment is CONTINUED until further order of the court. Pursuant to 18 U.S.C. § 3161(h)(1)(C), the delay occasioned by this continuance is hereby excluded from computation for speedy trial purposes.

This 2 July 2014.

W. Earl Britt
Senior U.S. District Judge